# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KENNETH JOHANSEN,**

      **Plaintiff,**

  v.                                    Civil Action 2:20-cv-6546
                                             Judge Michael H. Watson

**HB INSURANCE SOLUTIONS LLC,** *et al.*,       Magistrate Judge Chelsey M. Vascura

      **Defendants.**

## ORDER

The parties reported this case as settled on February 24, 2021.  The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE APRIL 15, 2021,** unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

      **IT IS SO ORDERED.**

                                                              /s/ *Chelsey M. Vascura*
                                                              CHELSEY M. VASCURA
                                                              UNITED STATES MAGISTRATE JUDGE