IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH JOHANSEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20cv6546 |
| | ) | |
| v. | ) | Judge Michael H. Watson |
| | ) | |
| HB INSURANCE | ) | Magistrate Judge Chelsey M. Vascura |
| SOLUTIONS LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AND DISMISSAL

Now comes Plaintiff Kenneth Johansen ("**Mr. Johansen**"), Defendants HB Insurance Solutions LLC ("**HB Insurance**") and Brandon William Hermann ("**Mr. Hermann**") (collectively referred to herein as "**Defendants**"), and give notice that the within matter is dismissed pursuant to Ohio Rules of Civil Procedure 41(a)(1)(ii) with prejudice, with each party to bear their own costs.

March 25, 2021

*Kenneth Johansen*
Kenneth Johansen
5202 Avery Oak Drive
Dublin, Ohio 43016
johakw@gmail.com

*Pro Se Plaintiff*

Respectfully submitted,

/s/ Christopher B. Wick
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone: (216) 621-0150
Fax:     (216) 241-2824
Email: cwick@hahnlaw.com

*Attorneys for Defendants HB Insurance
Solutions LLC and Brandon William Hermann*

1

12505134.1